Michael G. St.Martin
FULL NAME

Same
COMMITMENT NAME ( if different)

P.O. Box 5003/Unit 7, Coalinga Ca. 93210-5003
FULL ADDRESS INCLUDING NAME OF INSTITUTION

Coalinga State Hospital

PRISON NUMBER (if applicable)
000414-3

**FILED**

JUN 1 8 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| Michael G. St.Martin<br><br>PLAINTIFF, | CASE NUMBER<br>2:07 - CV - 1174 MCE KJM PC<br>*Tpo be supplied by the Clerk* |
|---|---|
| v.<br>Stephen Mayberg, Direrctor, DMH;<br>Dr. Jack Vogensen, Ph.D;<br>John Hupka, Ph.D., Individually,<br>in their personal capacities,    DEFENDANT(S). | **CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** (check one)<br><br>☒ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

### A. PREVIOUS LAWSUITS

1. Have you brought any other law suits in a federal court while a prisoner: ☐ Yes  ☒ No

2. If your answer to "1." Is yes, how many? N/A

   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff N/A
   N/A

   Defendants N/A

   N/A

b. Court N/A

   N/A

c. Docket or case number N/A

d. Name of judge to whom case was assigned N/A

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it Appealed? Is it still pending?) N/A

f. Issues raised: N/A

   N/A

   N/A

g. Approximate date of filing lawsuit: N/A

h. Approximate date of disposition: N/A

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there any grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☒ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☒ No
   If you answer is no, explain why not
   N/A

3. Is the grievance procedure completed? ☐ Yes ☒ No
   If your answer is no, explain why not N/A
   N/A

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff **Michael G. St.Martin**
(print plaintiff's name)

who presently resides at **P.O. Box 5003/Unit 7, Coalinga California, 93210-5003**
(mailing address or place of confinement)

Were violated by the acations of the defendant(s) named below, which actions were directed against plaintiff at

Coalinga State Hospital
(institution/city where violation occurred)

on (date or dates) 02/15/07_____, 02/20/07_____, _____.
                  (Claim I)                (Claim II)                (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant **Stephen Mayberg, J.D., Ph.D** resides or works at
   (full name of first defendant)
   **1600 9th Street, Sacramento California 95814**
   (full address of the first defendant)
   **Executive Director, Cal. Department of Mental Health**
   (defendant's position and title, if any)

   The defendant is sued in his/her (check one or both): ☒ individual ☐ official capacity
   Explain how this defendant was acting under color of law:

   Defendant failed or refused to properly ensure that the Standardized Assessment Protocol was properly promulgated pursuant to the Administrative Procedures Act (Cal.Gov. Code §11340 et.seq.) and thereby denying the plaintiff due process under the constitutions, as applied to the Evaluation Process under the Sexually Violent Predator Act (Welfare and Institutions Code §6600 et.seq.)

2. Defendant **Jack Vogensen, Ph.D. (Psychologist)** resides or works at
   (full name of second defendant)
   **1600 9th Street, Sacramento, California 95814 (Contracted to DMH)**
   (full address of the secondt defendant)
   **Clinical Sexually Violent Predator Evaluator**
   (defendant's position and title, if any)

   The defendant is sued in his/her (check one or both): ☒ individual ☐ official capacity
   Explain how this defendant was acting under color of law:

   Defendant failed or refused to adhere to the Standardized Assessment Protocol, as established pursuant to Welfare and Institutions Code §6601(c), during the CLinical Evaluation fo the Plaintiff, and firther, in reviewing plaintiff's Hospital Record, considered information that was factually false as to him, and thereafter based his clinical opinion on that false information, which denied and will continue to deny plaintiff his liberty.

3. Defendant **John Hupka, Ph.D (Psychologist)** resides or works at
   (full name of third defendant)
   **1600 9th Street, Sacramento, California 95814**
   (full address of the third defendant)
   **Clinical Sexually Violent Predator Evaluator**
   (defendant's position and title, if any)

   The defendant is sued in his/her (check one or both): ☒ individual ☐ official capacity
   Explain how this defendant was acting under color of law:

   Defendant failed or refused to adhere to the Standardized Assessment Protocol, as established pursuant to Welfare and Institutions Code §6601(c), during the CLinical Evaluation fo the Plaintiff, and firther, in reviewing plaintiff's Hospital Record, considered information that was factually false as to him, and thereafter based his clinical opinion on that false information, which denied and will continue to deny plaintiff his liberty.

## D.  CLAIMS*
**CLAIM I**

The following civil right has been violated:

See Attached Argument and Statement of Claims

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Supporting Facts: Including all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

See Attached Argument and Supporting Facts

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

<u>Actual Damages</u>: $10,000.00 per defendant per rights violation.

<u>Compensatory</u>: $10,000.00 per defendant per violation for unlawful loss of liberty and pain and suffering.

<u>Punitive Damages</u>: (To be determined by the court before a jury)

<u>Declaratory Relief</u>: That the trier of fact declare the rights of the plaintiff under State and Federal Law;

<u>Injunctive Relief</u>: That all previous Clinical Evaluations, submitted by the Defendant's, pertaining to False and Misleading information relating to an individual other than the plaintiff, as determined by the trier of fact at trial and excluded from the 's Hospital and Commitment Trial Court Records.

<u>Other Relief</u>: That the trier of fact grant or impose any and all other relief deemed necessary, just and prudent.

06-15-07
(DATE)

(Signature of Plaintiff)

CIVIL RIGHTS COMPLAINT