IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL G. St. MARTIN,

      Plaintiff,                     No. CIV S-07-1174 MCE KJM P

      vs.

STEPHEN MAYBERG, et al.,

      Defendants.           <u>ORDER</u>

                          /

        Plaintiff is civilly committed and is proceeding pro se and in forma pauperis with an action filed pursuant to 42 U.S.C. § 1983. By order filed November 6, 2007, plaintiff's complaint was dismissed with leave to file an amended complaint. Plaintiff has now filed an amended complaint.

        The amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for the following defendants: Mayberg for the allegations contained in paragraphs 31-36 and 41, and for the cause of action contained in

/////

1 paragraphs 56-57; defendant Vogensen, for the allegations contained in paragraphs 37 and 42
2 and for the cause of action contained in paragraphs 56-57.
3         2. The Clerk of the Court shall send plaintiff two USM-285 forms, one summons,
4 an instruction sheet and a copy of the amended complaint filed November 19, 2007.
5         3. Within thirty days from the date of this order, plaintiff shall complete the
6 attached Notice of Submission of Documents and submit the following documents to the court:
7             a. The completed Notice of Submission of Documents;
8             b. One completed summons;
9             c. One completed USM-285 form for each defendant listed in number 1
10                above; and
11            d. Three copies of the endorsed amended complaint filed November 19,
12               2007.
13        4. Plaintiff need not attempt service on defendants and need not request waiver of
14 service.  Upon receipt of the above-described documents, the court will direct the United States
15 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
16 without payment of costs.
17 DATED: April 21, 2008.

_____
U.S. MAGISTRATE JUDGE

2
stma1174.1

|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL G. St. MARTIN,

      Plaintiff,                          No. CIV S-07-1174 MCE KJM P

    vs.

STEPHEN MAYBERG, et al.,             NOTICE OF SUBMISSION

      Defendants.                    OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                                 Amended Complaint

DATED:

                                         _____
                                         Plaintiff