IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL G. St. MARTIN,

    Plaintiff,                       No. CIV S-07-1174 MCE KJM P

   vs.

STEPHEN MAYBERG, et al.,

    Defendants.               ORDER

_____/

      Plaintiff has requested an extension of time to file objections to the court's April 22, 2008 order. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's motion for an extension of time (docket no. 13) is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to file objections to the court's April 22, 2008 order.

DATED: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE

/mp
mart1174.36