IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL G. St. MARTIN,

        Plaintiff,                    No. CIV S-07-1174 MCE KJM P

   vs.

STEPHEN MAYBERG, et al.,

        Defendants.            <u>ORDER</u>

                                     /

       Plaintiff is a civilly committed person proceeding pro se with a civil rights action under 42 U.S.C. § 1983. On May 12, 2008, the court directed the Marshal to serve defendants Mayberg and Vogensen with summons and complaint. On July 9, 2008, the Marshal filed defendant Vogensen's waiver of service.

       The court has learned that the copies of the complaint provided to the Marshal for his files and for service were incomplete.

       Accordingly, IT IS THEREFORE ORDERED that:

       1. The order directing the Marshal to serve the summons and complaint (docket no. 12) is vacated.

       2. Defendant Vogensen's waiver of service (docket no. 16) is deemed void because the complaint he received was incomplete.

1

1      3. The Clerk of the Court is directed to send plaintiff two USM-285 forms, one

2 summons, an instruction sheet and a copy of the amended complaint filed November 19, 2007

3 for service on defendants Mayberg and Vogensen.[1]

4      4. Within thirty days from the date of this order, plaintiff shall complete the

5 attached Notice of Submission of Documents and submit the following documents to the court:

6          a. The completed Notice of Submission of Documents;

7          b. One completed summons;

8          c. One completed USM-285 form for each defendant identified in number

9             3 above; and

10         d. Three copies of the endorsed amended complaint filed November 19,

11            2007.

12      6. Plaintiff need not attempt service on defendants and need not request waiver of

13 service.  Upon receipt of the above-described documents, the court will direct the United States

14 Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4

15 without payment of costs.

16 DATED: July 11, 2008.

_____
U.S. MAGISTRATE JUDGE

---

[1] As previously ordered, only those allegations contained in paragraphs 31-36 and 41, and the cause of action contained in paragraphs 56-57 are being served on Mayberg, and only those allegations contained in paragraphs 37 and 42 and the cause of action contained in paragraphs 56-57 are being served on Vogensen.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL St. MARTIN,

     Plaintiff,                          No. CIV 07-1174 MCE KJM P

    vs.

STEPHEN MAYBERG, et al.,         <u>NOTICE OF SUBMISSION</u>

     Defendants.                 <u>OF DOCUMENTS</u>

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         ____ completed summons form

         ____ completed USM-285 forms

         ____ copies of the _____
                         Complaint/Amended Complaint

DATED:

                                               _____
                                               Plaintiff

DATED:

                                               _____
                                             UNITED STATES MAGISTRATE JUDGE