IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL G. ST. MARTIN, | No. 2:07-cv-01174-MCE-KJM P |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| STEPHEN MAYBERG, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff has filed a request for reconsideration (docket no. 15) of the magistrate judge's order directing the Marshal to serve defendants Mayberg and Vogensen but not defendant Hupka. Docket No. 12. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

1

1  Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the
2  magistrate judge (Docket No. 12) is affirmed.

Dated:  November 21, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE