IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL G. ST. MARTIN,

        Plaintiff,                    No. CIV S-07-1174 MCE KJM P

    vs.

STEPHEN MAYBERG, et al.,

        Defendants.            ORDER

                                    /

        Plaintiff is a civilly committed inmate proceeding pro se and in forma pauperis with this civil rights action.

        On October 22, 2008, plaintiff filed a motion for leave to file a second amended complaint. Plaintiff's motion was not, however, accompanied by a proposed amended complaint. As a litigant proceeding in forma pauperis, plaintiff's pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Plaintiff's motion for leave to amend must therefore be denied.

        Plaintiff has also filed a motion to submit additional materials in support of his first amended complaint. To grant the motion would allow plaintiff to proceed in piecemeal

/////

1

fashion rather than submitting a unified complaint.  <u>Walker v. City of Charleston</u>, 412 F.Supp.2d. 600, 601 (W.D. Va. 2006).   This motion must also be denied.

  Finally, the court directed the Marshal to serve the first amended complaint on defendants Vogelsang and Mayberg, but rescinded that order when it learned that the complaints submitted for service were not complete.  Thereafter, the court directed plaintiff to return a new set of USM 285 forms, complete first amended complaints, and a summons; plaintiff has not responded to this order.  He will be given one more opportunity to submit the necessary documents; his failure to comply will result in a recommendation that the action be dismissed.

  IT IS HEREBY ORDERED that:

  1.  Plaintiff's  motion for leave to amend (docket no. 20) is denied;

  2.  Plaintiff's motion for leave to submit additional materials in support of his first amended complaint (docket no. 19) is denied; and

  3.  Plaintiff is directed to return the necessary documents for service within thirty days of the date of this order.

DATED:  November 24, 2008.

_____
U.S. MAGISTRATE JUDGE

2
stma1174.10B+